1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GMAC MORTGAGE CORPORATION, | ) | Case No.: C 11-01288 PSG |
| Plaintiff, | ) ) | **ORDER DENYING APPLICATION FOR SERVICE UPON DEFENDANT R. SCOTT SCHEIMAN BY PUBLICATION OF SUMMONS** |
| v. | ) ) | |
| R. SCOTT SCHEIMAN, et al., | ) ) | **(Re: Docket No. 3)** |
| Defendants. | ) ) | |

On April 6, 2011, Plaintiff GMAC Mortgage Corporation ("GMAC") applied to this court for an order directing service of the summons on Defendant R. Scott Scheiman ("Scheiman") by publication in the Santa Clara Weekly.

"A summons may be served by publication if upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in any other manner specified in [Article 3 of the California Code of Civil Procedure, Part 2, Title 5, Chapter 4] . . . ."[1]  Under Article 3, one manner for serving a summons is service by mail.[2]

---

[1] Cal. Civ. Proc. Code § 415.50.

[2] *See* Cal. Civ. Proc. Code § 415.30.

ORDER, *page 1*

Although the Declaration of Charles A. Correia in Support of the Application for Service[3] describes attempts at personal service and substituted service, the declaration does not state that GMAC has attempted service by mail. Thus, GMAC has not demonstrated to the court's satisfaction that Scheiman cannot with reasonable diligence be served in any other manner specified in Article 3 besides publication. Accordingly,

IT IS HEREBY ORDERED that GMAC's application is DENIED.

Dated: April 11, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[3] *See* 4/6/11 Correai Decl. (Docket No. 3-1).

ORDER, *page 2*